1  Bruce H. Jackson, State Bar No. 98118
   bruce.jackson@bakermckenzie.com
2  Anne M. Kelts, State Bar No. 298710
   anne.kelts@bakermckenzie.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111
   Telephone: +1 415 576 3000
5  Facsimile: +1 415 576 3099

6  Nicholas O. Kennedy, State Bar No. 280504
   nicholas.kennedy@bakermckenzie.com
7  **BAKER & McKENZIE LLP**
   2300 Trammell Crow Center
8  2001 Ross Avenue
   Dallas, TX  75201
9  Telephone: +1 214 978 3000
   Facsimile:  +1 214 978 3099

10
   Attorneys for Petitioner
11 VITALY IVANOVICH SMAGIN

12                     UNITED STATES DISTRICT COURT
13                    CENTRAL DISTRICT OF CALIFORNIA
14                            WESTERN DIVISION
15

| | |
|---|---|
| 16 VITALY IVANOVICH SMAGIN,<br><br>17      Plaintiff,<br><br>18      v.<br><br>19 ASHOT YEGIAZARYAN a/k/a ASHOT EGIAZARYAN; CTX TREUHAND AG as Trustee for the ALPHA TRUST,<br><br>20<br><br>21      Defendants. | **Case No.  17-cv-06126-R (PLAx)**<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ASHOT YEGIAZARYAN IN SUPPORT OF MOTION TO DISMISS**<br><br>Date:     December 18, 2017<br>Time:     10:00 a.m.<br>Courtroom: 880, 8th Floor<br><br>**Before the Honorable Manuel L. Real**<br><br>**Roybal Federal Building and<br>  U.S. Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

6800760-v1\SFODMS

Case No 17-cv-06126-R (PLAx)
PLAINTIFF SMAGIN'S EVIDENTIARY OBJECTIONS

Plaintiff Vitaly Smagin ("Plaintiff") hereby submits the following evidentiary objections to, and request to strike portions of, the Declaration of Ashot Yegiazaryan in Support of Motion to Dismiss or in the Alternative Stay this Action in Favor of an Action Previously Initiated by Plaintiff [ECF No. 24-2] ("Yegiazaryan Declaration"). Portions of the Yegiazaryan Declaration are objectionable and should be disregarded or accorded no weight in the determination of Defendant's Motion to Dismiss [ECF No. 24].

The Federal Rules of Evidence apply to evidence submitted to the Court on motion practice. Fed. R. Evid. 101 (Rules of Evidence apply to all proceedings in the courts of the United States); Fed. R. Evid. 1101 (listing exceptions to Rule 101). As pertinent here, application of the following Rules of Evidence to the referenced portions of the Yegiazaryan Declaration should result in those statements being stricken and disregarded by the Court in connection with Defendant's motion to dismiss.

**OBJECTIONS TO DECLARATION OF ASHOT YEGIAZARYAN**

| Objection No. | Material Objected to: | Grounds for Objections |
|---|---|---|
| 1. | **Paragraphs 1-39, 41, 46** | Fed. R. Evid. 401, 402<br><br>Statements made and evidence offered bear absolutely no relevance to the issues raised in the Motion to Dismiss. |

///

///

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

Case No 17-cv-06126-R (PLAx)
PLAINTIFF SMAGIN'S EVIDENTIARY OBJECTIONS

# **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court sustain his objections and strike the above-referenced portions of the Declaration of Ashot Yegiazaryan.

Dated: November 27, 2017

Bruce H. Jackson
Anne M. Kelts
Nicholas O. Kennedy
**BAKER & McKENZIE LLP**


By:/s/ Bruce H. Jackson
    Bruce H. Jackson
Attorneys for Plaintiff
VITALY IVANOVICH SMAGIN

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000